## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

John P. Walliser

                Plaintiff,

v.

Steven Streit, et al.

                Defendant.

Case No.: 1:26–cv–06686
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to proceed in forma pauperis [18] is denied as moot because he already paid the filing fee [6]. Plaintiff's motion for attorney representation [18] is denied at this time. Plaintiff's response to Defendant Silver Cross Hospital's motion to dismiss remains due on 9/10/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.