BC

FILED
8/5/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN P. WALLISER<br><br>Plaintiff<br><br>v. | ) |
| | ) Case Number: 1:26-cv-6686 |
| STEVEN STREIT, Individually and as Mayor of the City of Lockport, Illinois, JEFF DOBKE, Individually and as Officer of the LOCKPORT POLICE DEPARTMENT, THE CITY OF LOCKPORT SANITARY SEWER DISTRICT, SILVER CROSS HOSPITAL INC. NEUROPSYCHIATRIC HOSPITALS LLC, METHODIST HOSPITALS INC., GARY SCHUMAL, Individually and as president of AUSTIN TYLER CONSTRUCTION INC. MICHAEL MARTIN, Individually and as SPECIAL ASSISTANT ATTORNEY GENERAL, TOM THANAS, Individually and as LOCKPORT CITY ATTORNEY and LOBBYIST EMPRESS CASINO, BEN BENSON, Individually and as LOCKPORT CITY MANAGER, MICHAEL CARROLL, Individually and as LOCKPORT CITY ATTORNEY | ) Judge: Mary M. Rowland |
| Defendants | ) |

**<u>PLAINTIFF'S REPLY TO DEFENDANT SILVER CROSS AND MEDICAL CENTERS' RESPONSE AND OBJECTION TO PLAINTIFF'S FINANCIAL AFFIDAVIT</u>**

NOW COMES the Plaintiff, JOHN P. WALLISER and in reply to the RESPONSE AND OBJECTION TO THE PLAINTIFF'S FINANCIAL AFFIDAVIT states as follows:

1. The Defendants' pleadings are based upon false assumptions that the Plaintiff has a supplemental income because he is a self-published author and investigative journalist. The Plaintiff's books are published by the Plaintiff on Amazon.com and are available at no cost on the Amazon platform as a Kindle E-book.

2. The Plaintiff publishes his works on his website, Wuchitao.us and social media platforms including Facebook, YouTube, Patreon, Substack, Tik Tok, and Instagram. The Plaintiff receives no compensation for his efforts to expose political corruption and organized crime.

3. Attached to this motion as Exhibit 1 are the last 8 months of the Plaintiff's bank statements which evidence the validity of the Plaintiff's Financial Affidavit.

WHEREFORE, the Plaintiff prays this Honorable Court to deny the Defendants' Response and Objection to the Plaintiff's financial Affidavit.

Respectfully submitted,
*John P. Walliser*
/s/ John P. Walliser MLS Pro se

John P. Walliser
405 S. Washington St.
Lockport. IL. 60441
708 268 2354
johnpwalliser@gmail.com

BMO

P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

JOHN P WALLISER
405 S WASHINGTON ST
LOCKPORT IL 60441

Date
June 20, 2026 through
July 19, 2026
Primary Account Number
4805011416

EFFECTIVE 8/10/2026: IF YOUR DEPOSIT PRODUCT HAS A NON-BMO ATM TRANSACTION FEE, BMO IS NO LONGER CHARGING THE $3 NON-BMO ATM TRANSACTION FEE FOR EACH NON-BMO ATM TRANSFER.

IF YOUR DEPOSIT PRODUCT CHARGES A FEE FOR A CASHIER'S CHECK, THE FEE WILL INCREASE FROM $10 TO $12.

THE DEPOSIT ACCOUNT AGREEMENT AND DEPOSIT ACCOUNT DISCLOSURE WILL BE UPDATED ACCORDINGLY. YOUR CONTINUED USE OF THIS ACCOUNT AS OF 8/10/2026 CONFIRMS YOUR AGREEMENT TO THESE CHANGES.

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF JULY 19, 2026) |
|---|---|---|
| BMO EVERYDAY CHECKING | 4805011416 | $271.66 |

## Account Summary - BMO EVERYDAY CHECKING #4805011416

| BEGINNING BALANCE AS OF JUNE 19, 2026 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF JULY 19, 2026 |
|---|---|---|---|---|---|---|
| $335.09 | 4 | $1,291.99 | 9 | $1,355.42 | $0.00 | $271.66 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

**CONTINUED ON NEXT PAGE**

Exhibit 1

FDIC EQUAL HOUSING LENDER
NMLS 401052

BMO

bmo.com/contact
888-340-2265

## Overdraft Fee Details

| Fee type | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$335.09** |
| Jun 22 | POS PURCHASE W/PIN<br>RECORD NO. 331818 CARD NO. 0839<br>GOOGLE GOOGLE ONE MOUNTAIN VIEW CA | ($1.99) | | $333.10 |
| Jun 25 | POS PURCHASE<br>RECORD NO. 078859 CARD NO. 0839<br>AMAZON PRIME 2091V3BV3 SEATTLE WA | ($6.99) | | |
| Jun 25 | POS PURCHASE<br>RECORD NO. 564994 CARD NO. 0839<br>AMAZON PRIME MF0GY33H3 SEATTLE WA | ($4.99) | | $321.12 |
| Jun 26 | ACH DEBIT<br>WEB CITY OF LOCKPORT ONLINE PMT | ($85.00) | | $236.12 |
| Jun 29 | ACH DEPOSIT<br>CCD Amazon As6415966 EDI PYMNTS | | $0.06 | |
| Jun 29 | ACH DEPOSIT<br>IAT AMAZON MEDIA EU PAYMENT MIS | | $0.45 | |
| Jun 29 | ACH DEPOSIT<br>CCD Amazon.com Servi PAYMENTS | | $0.48 | $237.11 |
| Jul 01 | POS PURCHASE W/PIN<br>RECORD NO. 236190 CARD NO. 0839<br>AFFIRM PAY EU05T2E9 SAN FRANCISCO CA | ($14.45) | | $222.66 |
| Jul 02 | ACH DEPOSIT<br>PPD SSA TREAS 310 XXSOC SEC | | $1,291.00 | |
| Jul 02 | POS PURCHASE<br>RECORD NO. 540251 CARD NO. 0839<br>ATT BILL PAYMENT DALLAS TX | ($30.00) | | $1,483.66 |
| Jul 03 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($1,000.00) | | $483.66 |
| Jul 06 | TRANSFER OUT<br>RECORD NO. P0M0BR<br>ZELLE TO JOVANNA WALLISER | ($12.00) | | |
| Jul 06 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($200.00) | | $271.66 |
| | **ENDING BALANCE** | | | **$271.66** |

BMO

**bmo.com/contact**
888-340-2265

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

**These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the “daily balance” of your account for each day in the billing cycle. To get the “daily balance” we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no “grace period” or “free ride period” which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we’ve reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you’re the borrower submitting this dispute.

Date: 05/2025

BMO

P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

JOHN P WALLISER
405 S WASHINGTON ST
LOCKPORT IL 60441

Date
May 20, 2026 through
June 19, 2026
Primary Account Number
4805011416

EFFECTIVE 8/10/2026: IF YOUR DEPOSIT PRODUCT HAS A NON-BMO ATM TRANSACTION FEE, BMO IS NO LONGER CHARGING THE $3 NON-BMO ATM TRANSACTION FEE FOR EACH NON-BMO ATM TRANSFER.

IF YOUR DEPOSIT PRODUCT CHARGES A FEE FOR A CASHIER'S CHECK, THE FEE WILL INCREASE FROM $10 TO $12.

THE DEPOSIT ACCOUNT AGREEMENT AND DEPOSIT ACCOUNT DISCLOSURE WILL BE UPDATED ACCORDINGLY. YOUR CONTINUED USE OF THIS ACCOUNT AS OF 8/10/2026 CONFIRMS YOUR AGREEMENT TO THESE CHANGES.

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF JUNE 19, 2026) |
|---|---|---|
| BMO EVERYDAY CHECKING | 4805011416 | $335.09 |

## Account Summary - BMO EVERYDAY CHECKING #4805011416

| BEGINNING BALANCE AS OF MAY 19, 2026 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF JUNE 19, 2026 |
|---|---|---|---|---|---|---|
| $314.48 | 2 | $1,291.03 | 9 | $1,270.42 | $0.00 | $335.09 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

**CONTINUED ON NEXT PAGE**

FDIC EQUAL HOUSING LENDER
NMLS 401052

BMO

**bmo.com/contact**
888-340-2265

## Overdraft Fee Details

| Fee type | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$314.48** |
| May 20 | POS PURCHASE W/PIN<br>RECORD NO. 304073 CARD NO. 0839<br>GOOGLE GOOGLE ONE MOUNTAIN VIEW CA | ($1.99) | | $312.49 |
| May 26 | POS PURCHASE<br>RECORD NO. 772507 CARD NO. 0839<br>AMAZON PRIME F61NP8MM3 SEATTLE WA | ($4.99) | | |
| May 26 | POS PURCHASE<br>RECORD NO. 473963 CARD NO. 0839<br>AMAZON PRIME IE4G788Y3 SEATTLE WA | ($6.99) | | $300.51 |
| May 29 | ACH DEPOSIT<br>CCD Amazon.com Servi PAYMENTS | | $0.03 | $300.54 |
| Jun 01 | POS PURCHASE<br>RECORD NO. 871189 CARD NO. 0839<br>ATT BILL PAYMENT DALLAS TX | ($30.00) | | |
| Jun 01 | POS PURCHASE W/PIN<br>RECORD NO. 090377 CARD NO. 0839<br>AFFIRM PAY AXVY04PK SAN FRANCISCO CA | ($14.45) | | $256.09 |
| Jun 03 | ACH DEPOSIT<br>PPD SSA TREAS 310 XXSOC SEC | | $1,291.00 | $1,547.09 |
| Jun 04 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($400.00) | | |
| Jun 04 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($400.00) | | $747.09 |
| Jun 08 | TRANSFER OUT<br>RECORD NO. P0M02S<br>ZELLE TO JOVANNA WALLISER | ($12.00) | | $735.09 |
| Jun 11 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($400.00) | | $335.09 |
| | **ENDING BALANCE** | | | **$335.09** |

BMO

**bmo.com/contact**
888-340-2265

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

**These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we've reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you're the borrower submitting this dispute.

Date: 05/2025

BMO

P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

JOHN P WALLISER
405 S WASHINGTON ST
LOCKPORT IL 60441

Date
April 20, 2026 through
May 19, 2026
Primary Account Number
4805011416

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC. EQUAL HOUSING LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF MAY 19, 2026) |
|---|---|---|
| BMO EVERYDAY CHECKING | 4805011416 | $314.48 |

## Account Summary - BMO EVERYDAY CHECKING #4805011416

| BEGINNING BALANCE AS OF APRIL 19, 2026 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF MAY 19, 2026 |
|---|---|---|---|---|---|---|
| $503.03 | 1 | $1,291.00 | 12 | $1,479.55 | $0.00 | $314.48 |

## Overdraft Fee Details

| Fee type | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

**CONTINUED ON NEXT PAGE**

BMO

bmo.com/contact
888-340-2265

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$503.03** |
| Apr 20 | POS PURCHASE<br>RECORD NO. 835012 CARD NO. 0839<br>AMAZON MKTPL BY7Z27PX1 SEATTLE WA | ($20.27) | | |
| Apr 20 | POS PURCHASE W/PIN<br>RECORD NO. 112006 CARD NO. 0839<br>GOOGLE GOOGLE ONE MOUNTAIN VIEW CA | ($1.99) | | $480.77 |
| Apr 27 | POS PURCHASE<br>RECORD NO. 107716 CARD NO. 0839<br>AMAZON PRIME BS2AQ5PQ1 SEATTLE WA | ($4.99) | | |
| Apr 27 | POS PURCHASE<br>RECORD NO. 132322 CARD NO. 0839<br>AMAZON PRIME G54SC0B13 SEATTLE WA | ($6.99) | | $468.79 |
| Apr 28 | ACH DEBIT<br>WEB CITY OF LOCKPORT ONLINE PMT | ($150.00) | | $318.79 |
| May 01 | ACH DEPOSIT<br>PPD SSA TREAS 310 XXSOC SEC | | $1,291.00 | $1,609.79 |
| May 04 | POS PURCHASE<br>RECORD NO. 658717 CARD NO. 0839<br>ATT BILL PAYMENT DALLAS TX | ($30.00) | | |
| May 04 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($600.00) | | |
| May 04 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($600.00) | | $379.79 |
| May 06 | TRANSFER OUT<br>RECORD NO. P0M0CB<br>ZELLE TO JOVANNA WALLISER | ($12.00) | | |
| May 06 | POS PURCHASE<br>RECORD NO. 350940 CARD NO. 0839<br>AFFIRM COM PAYMENTS SAN FRANCISC CA | ($14.45) | | $353.34 |
| May 11 | POS PURCHASE<br>RECORD NO. 855143 CARD NO. 0839<br>AMAZON MKTPL GV2FL6EE3 SEATTLE WA | ($15.55) | | |
| May 11 | POS PURCHASE<br>RECORD NO. 935869 CARD NO. 0839<br>AMAZON MKTPL BF5WQ14D1 SEATTLE WA | ($23.31) | | $314.48 |
| | **ENDING BALANCE** | | | **$314.48** |

BMO

bmo.com/contact
888-340-2265

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

**These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we've reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you're the borrower submitting this dispute.

Date: 05/2025

BMO

P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

JOHN P WALLISER
405 S WASHINGTON ST
LOCKPORT IL 60441

Date
March 20, 2026 through
April 19, 2026
Primary Account Number
4805011416

EFFECTIVE 5/4/2026: (1) IN THE HANDBOOK, ALL REFERENCES TO "BRANCH" WILL CHANGE TO "FINANCIAL CENTER". "FINANCIAL CENTER" EXCLUDES MOBILE BANKING OFFICES WHERE NOTED.

(2) THE DEPOSIT ACCOUNT AGREEMENT WILL BE AMENDED TO REFLECT CHANGES: * SECTION 7.A DEPOSITS: WE NO LONGER ACCEPT NIGHT DEPOSITORY DEPOSITS FOR CONSUMER ACCOUNTS. * SECTION 7.Q CUSTOMER COMMUNICATIONS: WE ARE AUTHORIZED TO CONTACT YOU AT ANY EMAIL ADDRESS, PHONE NUMBER, OR ADDRESS WE RECEIVE FROM A THIRD PARTY. * SECTION 8 FUNDS AVAILABILITY POLICY FOR DEPOSIT ACCOUNTS: UNDER "LONGER DELAYS MAY APPLY", WE WILL SEND YOU THE NOTICE BY MAIL AND/OR ELECTRONICALLY (IF PERMITTED). UNDER "SPECIAL RULES FOR NEW CHECKING ACCOUNTS", REFERENCE TO FUNDS BEING AVAILABLE "ON" OR "UNTIL" THE 9TH BUSINESS DAY IS CHANGED TO "NO LATER THAN" THE 9TH BUSINESS DAY.

YOUR CONTINUED USE OF THIS ACCOUNT AS OF 5/4/2026 CONFIRMS YOUR AGREEMENT TO THESE CHANGES. IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF APRIL 19, 2026) |
|---|---|---|
| BMO EVERYDAY CHECKING | 4805011416 | $503.03 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

CONTINUED ON NEXT PAGE

FDIC EQUAL HOUSING LENDER
NMLS 401052

BMO

bmo.com/contact
888-340-2265

## Account Summary - BMO EVERYDAY CHECKING #4805011416

| BEGINNING BALANCE AS OF MARCH 19, 2026 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF APRIL 19, 2026 |
|---|---|---|---|---|---|---|
| $466.00 | 1 | $1,291.00 | 7 | $1,253.97 | $0.00 | $503.03 |

## Overdraft Fee Details

| Fee type | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$466.00** |
| Mar 20 | POS PURCHASE W/PIN<br>RECORD NO. 303417 CARD NO. 0839<br>GOOGLE GOOGLE ONE MOUNTAIN VIEW CA | ($1.99) | | $464.01 |
| Mar 25 | POS PURCHASE<br>RECORD NO. 276107 CARD NO. 0839<br>AMAZON PRIME B55WI84R0 SEATTLE WA | ($2.99) | | |
| Mar 25 | POS PURCHASE<br>RECORD NO. 080481 CARD NO. 0839<br>AMAZON PRIME 577M53A43 SEATTLE WA | ($6.99) | | $454.03 |
| Apr 01 | POS PURCHASE<br>RECORD NO. 566784 CARD NO. 0839<br>ATT BILL PAYMENT DALLAS TX | ($30.00) | | $424.03 |
| Apr 03 | ACH DEPOSIT<br>PPD SSA TREAS 310 XXSOC SEC | | $1,291.00 | $1,715.03 |
| Apr 06 | TRANSFER OUT<br>RECORD NO. P0I06M<br>ZELLE TO JOVANNA WALLISER | ($12.00) | | |
| Apr 06 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($600.00) | | |
| Apr 06 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($600.00) | | $503.03 |
| | **ENDING BALANCE** | | | **$503.03** |

BMO

**bmo.com/contact**
888-340-2265

# Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

**These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we've reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you're the borrower submitting this dispute.

Date: 05/2025

BMO

P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

JOHN P WALLISER
405 S WASHINGTON ST
LOCKPORT IL 60441

Date
February 20, 2026 through
March 19, 2026
Primary Account Number
4805011416

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC. EQUAL HOUSING LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF MARCH 19, 2026) |
|---|---|---|
| BMO EVERYDAY CHECKING | 4805011416 | $466.00 |

## Account Summary - BMO EVERYDAY CHECKING #4805011416

| BEGINNING BALANCE AS OF FEBRUARY 19, 2026 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF MARCH 19, 2026 |
|---|---|---|---|---|---|---|
| $405.70 | 2 | $1,312.56 | 10 | $1,252.26 | $0.00 | $466.00 |

## Overdraft Fee Details

| Fee type | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

**CONTINUED ON NEXT PAGE**

BMO

bmo.com/contact
888-340-2265

## • Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$405.70** |
| Feb 20 | POS PURCHASE W/PIN<br>RECORD NO. 349917 CARD NO. 0839<br>GOOGLE GOOGLE ONE MOUNTAIN VIEW CA | ($1.99) | | $403.71 |
| Feb 25 | POS PURCHASE<br>RECORD NO. 104336 CARD NO. 0839<br>AMAZON MARK B94TF7T61 SEATTLE WA | ($20.27) | | |
| Feb 25 | POS PURCHASE<br>RECORD NO. 544379 CARD NO. 0839<br>AMAZON PRIME DF4GP5GX3 SEATTLE WA | ($6.99) | | |
| Feb 25 | POS PURCHASE<br>RECORD NO. 285022 CARD NO. 0839<br>AMAZON PRIME B97AI3AH1 SEATTLE WA | ($2.99) | | $373.46 |
| Mar 02 | EDI/EFT CTX CREDIT<br>CTX Amazon.com Servi PAYMENTS | | $21.56 | $395.02 |
| Mar 03 | ACH DEPOSIT<br>PPD SSA TREAS 310 XXSOC SEC | | $1,291.00 | $1,686.02 |
| Mar 04 | POS PURCHASE<br>RECORD NO. 554996 CARD NO. 0839<br>ATT BILL PAYMENT DALLAS TX | ($30.00) | | |
| Mar 04 | ACH DEBIT<br>WEB CITY OF LOCKPORT ONLINE PMT | ($150.00) | | |
| Mar 04 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($500.00) | | |
| Mar 04 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($500.00) | | $506.02 |
| Mar 06 | TRANSFER OUT<br>RECORD NO. P0G0HW<br>ZELLE TO JOVANNA WALLISER | ($12.00) | | $494.02 |
| Mar 09 | POS PURCHASE<br>RECORD NO. 320944 CARD NO. 0839<br>AMAZON MARK BP25X2NC1 SEATTLE WA | ($28.02) | | $466.00 |
| | **ENDING BALANCE** | | | **$466.00** |

BMO

**bmo.com/contact**
888-340-2265

# Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

**These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the “daily balance” of your account for each day in the billing cycle. To get the “daily balance” we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no “grace period” or “free ride period” which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we’ve reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you’re the borrower submitting this dispute.

Date: 05/2025

BMO

P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

JOHN P WALLISER
405 S WASHINGTON ST
LOCKPORT IL 60441

Date
January 20, 2026 through
February 19, 2026
Primary Account Number
4805011416

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC. EQUAL HOUSING LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF FEBRUARY 19, 2026) |
|---|---|---|
| BMO EVERYDAY CHECKING | 4805011416 | $405.70 |

## Account Summary - BMO EVERYDAY CHECKING #4805011416

| BEGINNING BALANCE AS OF JANUARY 19, 2026 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF FEBRUARY 19, 2026 |
|---|---|---|---|---|---|---|
| $181.25 | 2 | $1,313.88 | 9 | $1,089.43 | $0.00 | $405.70 |

## Overdraft Fee Details

| Fee type | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

**CONTINUED ON NEXT PAGE**

FDIC EQUAL HOUSING LENDER
NMLS 401052

BMO

bmo.com/contact
888-340-2265

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$181.25** |
| Jan 20 | POS PURCHASE W/PIN<br>RECORD NO. 022226 CARD NO. 0839<br>GOOGLE GOOGLE ONE MOUNTAIN VIEW CA | ($1.99) | | $179.26 |
| Jan 26 | POS PURCHASE<br>RECORD NO. 938072 CARD NO. 0839<br>AMAZON PRIME BG3KT02H3 SEATTLE WA | ($6.99) | | |
| Jan 26 | POS PURCHASE<br>RECORD NO. 424928 CARD NO. 0839<br>AMAZON PRIME WZ99N51O3 SEATTLE WA | ($2.99) | | $169.28 |
| Jan 29 | EDI/EFT CTX CREDIT<br>CTX Amazon.com Servi PAYMENTS | | $22.88 | $192.16 |
| Jan 30 | POS PURCHASE<br>RECORD NO. 390745 CARD NO. 0839<br>WHITEPAGES SEATTLE WA | ($29.99) | | $162.17 |
| Feb 02 | POS PURCHASE<br>RECORD NO. 451408 CARD NO. 0839<br>ATT BILL PAYMENT DALLAS TX | ($30.00) | | $132.17 |
| Feb 03 | ACH DEPOSIT<br>PPD SSA TREAS 310 XXSOC SEC | | $1,291.00 | $1,423.17 |
| Feb 04 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($400.00) | | |
| Feb 04 | ACH DEBIT<br>WEB CAPITAL ONE MOBILE PMT | ($600.00) | | $423.17 |
| Feb 06 | TRANSFER OUT<br>RECORD NO. P0H06V<br>ZELLE TO JOVANNA WALLISER | ($12.00) | | $411.17 |
| Feb 12 | POS PURCHASE<br>RECORD NO. 871024 CARD NO. 0839<br>AMAZON RETA 9R60D85T3 SEATTLE WA | ($5.47) | | $405.70 |
| | **ENDING BALANCE** | | | **$405.70** |

BMO

**bmo.com/contact**
888-340-2265

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

**These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we've reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you're the borrower submitting this dispute.

Date: 05/2025

BMO

P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

JOHN P WALLISER
405 S WASHINGTON ST
LOCKPORT IL 60441

Date
December 20, 2025 through
January 19, 2026
Primary Account Number
4805011416

THE FOLLOWING CHANGES ARE EFFECTIVE 2/9/2026: IF YOUR DEPOSIT PRODUCT HAS A NON-BMO ATM TRANSACTION FEE, THIS FEE WILL BE CHARGED FOR WITHDRAWALS AND TRANSFERS AT ALLPOINT PARTICIPATING ATMS OUTSIDE THE UNITED STATES. ALL OTHER TERMS REGARDING THIS FEE REMAIN UNCHANGED.

IF YOUR DEPOSIT PRODUCT HAS AN OVERDRAFT FEE, IT WILL INCREASE FROM $15 TO $20. THE FEE WILL NOT BE CHARGED IF YOUR ACCOUNT IS OVERDRAWN $20 OR LESS (CURRENTLY $50 OR LESS) AT THE CLOSE OF THE BUSINESS DAY THE ITEM IS PRESENTED FOR PAYMENT OR THE CLOSE OF THE FIRST BUSINESS DAY AFTER THE ITEM IS PRESENTED FOR PAYMENT. TIPS TO AVOID OVERDRAFT FEES: SET UP OVERDRAFT PROTECTION FROM A LINKED BMO ACCOUNT OR APPLY FOR A LINE OF CREDIT. USE BMO DIGITAL BANKING TO CHECK YOUR BALANCE AND SET UP ALERTS.

THE DEPOSIT ACCOUNT AGREEMENT AND DEPOSIT ACCOUNT DISCLOSURE WILL BE UPDATED ACCORDINGLY. YOUR CONTINUED USE OF THIS ACCOUNT AS OF 2/9/2026 CONFIRMS YOUR AGREEMENT TO THESE CHANGES.

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF JANUARY 19, 2026) |
|---|---|---|
| BMO EVERYDAY CHECKING | 4805011416 | $181.25 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

**CONTINUED ON NEXT PAGE**

FDIC EQUAL HOUSING LENDER
NMLS 401052

BMO

bmo.com/contact
888-340-2265

## Account Summary - BMO EVERYDAY CHECKING #4805011416

| BEGINNING BALANCE AS OF DECEMBER 19, 2025 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF JANUARY 19, 2026 |
|---|---|---|---|---|---|---|
| $257.37 | 3 | $1,307.30 | 17 | $1,383.42 | $0.00 | $181.25 |

## Overdraft Fee Details

| Fee type | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$257.37** |
| Dec 22 | POS PURCHASE W/PIN<br>RECORD NO. 321924 CARD NO. 0839<br>GOOGLE GOOGLE ONE MOUNTAIN VIEW CA | ($1.99) | | |
| Dec 22 | POS PURCHASE W/PIN<br>RECORD NO. 000004 CARD NO. 0839<br>AMAZON COM 9G7Y58OI3 SEATTLE WA | ($20.34) | | $235.04 |
| Dec 26 | POS PURCHASE<br>RECORD NO. 315314 CARD NO. 0839<br>AMAZON PRIME CN6ZH1VE3 SEATTLE WA | ($6.99) | | |
| Dec 26 | POS PURCHASE<br>RECORD NO. 729515 CARD NO. 0839<br>AMAZON PRIME 6R9WX2423 SEATTLE WA | ($2.99) | | $225.06 |
| Dec 29 | EDI/EFT CTX CREDIT<br>CTX Amazon.com Servi PAYMENTS | | $10.78 | |
| Dec 29 | POS PURCHASE W/PIN<br>RECORD NO. 000024 CARD NO. 0839<br>AMAZON COM JK2UJ1553 SEATTLE WA | ($27.36) | | |
| Dec 29 | POS PURCHASE<br>RECORD NO. 518274 CARD NO. 0839<br>AMAZON MKTPL 5P2M41GK3 SEATTLE WA | ($8.82) | | $199.66 |
| Dec 31 | POS PURCHASE<br>RECORD NO. 216633 CARD NO. 0839<br>AMAZON MKTPL OX5IL3L93 SEATTLE WA | ($20.27) | | $179.39 |
| Jan 02 | ACH DEPOSIT<br>PPD SSA TREAS 310 XXSOC SEC | | $1,291.00 | |
| Jan 02 | POS PURCHASE<br>RECORD NO. 032023 CARD NO. 0839<br>AMAZON MKTPL 9K75O9IQ3 SEATTLE WA | ($25.14) | | |
| Jan 02 | POS PURCHASE<br>RECORD NO. 945592 CARD NO. 0839<br>ATT BILL PAYMENT DALLAS TX | ($30.00) | | $1,415.25 |
| Jan 05 | POS PURCHASE<br>RECORD NO. 105263 CARD NO. 0839 | ($32.69) | | |

CONTINUED ON NEXT PAGE

BMO

bmo.com/contact
888-340-2265

## Monthly Activity Details (cont'd)

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | AMAZON MKTPL M42AI2MH3 SEATTLE WA | | | |
| Jan 05 | ACH DEBIT | ($100.00) | | |
| | WEB CITY OF LOCKPORT ONLINE PMT | | | |
| Jan 05 | ACH DEBIT | ($400.00) | | |
| | WEB CAPITAL ONE MOBILE PMT | | | |
| Jan 05 | ACH DEBIT | ($600.00) | | $282.56 |
| | WEB CAPITAL ONE MOBILE PMT | | | |
| Jan 06 | TRANSFER OUT | ($12.00) | | $270.56 |
| | RECORD NO. P0B0K5 | | | |
| | ZELLE TO JOVANNA WALLISER | | | |
| Jan 08 | CARD CREDIT | | $5.52 | |
| | RECORD NO. 000002 CARD NO. 0839 | | | |
| | AMAZON COM SEATTLE WA | | | |
| Jan 08 | POS PURCHASE W/PIN | ($33.96) | | |
| | RECORD NO. 000742 CARD NO. 0839 | | | |
| | AMAZON COM KL7PV2PV3 SEATTLE WA | | | |
| Jan 08 | POS PURCHASE W/PIN | ($33.12) | | $209.00 |
| | RECORD NO. 000004 CARD NO. 0839 | | | |
| | AMAZON COM B23BQ3513 SEATTLE WA | | | |
| Jan 12 | POS PURCHASE | ($27.75) | | $181.25 |
| | RECORD NO. 109585 CARD NO. 0839 | | | |
| | AMAZON MKTPL 4A5Q69FM3 SEATTLE WA | | | |
| | **ENDING BALANCE** | | | **$181.25** |

BMO

**bmo.com/contact**
888-340-2265

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

**These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we've reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you're the borrower submitting this dispute.

Date: 05/2025