**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN P. WALLISER, | ) | 1:26CV6686 |
| Plaintiff, | ) | Hon. Mary Rowland, J. |
| | ) | Hon. Laura McNally, M.J. |
| v. | ) | |
| | ) | |
| STEVEN STREIT *et al*, | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS COMPLAINT BY GARY SCHUMAL AND AUSTIN TYLER CONSTRUCTION INC.**

Gary Schumal and Austin Tyler Construction Inc. ("ATC"), by their counsel, Wiedner & McAuliffe Ltd., respectfully request the dismissal of the pending complaint brought by John Walliser (Doc. 1, PageID 1-16), as to all claims brought against them, with prejudice and with their costs awarded, because Mr. Walliser has failed to state claims on which relief can be granted against either of them, thus requiring dismissal under Fed.R.Civ.P. 12(b)(6). In further support of this motion, a memorandum of law has been filed, which is incorporated herein by this reference.

Mr. Schumal and ATC further request, per Fed.R.Civ.P. 19(a)(1) and 19(a)(2), that ATC be formally joined into this litigation as a defendant, in that Mr. Walliser failed to properly name ATC as a defendant in the case, but made a series of allegations claiming that ATC was a part of an alleged conspiracy that purportedly conspired to violate his rights. Grounds for joining ATC as a defendant in this case are provided in the incorporated memorandum of law referred to herein.

Mr. Schumal and ATC further request that, as part of this motion to dismiss, this Court take judicial notice of documents relating to claims in the complaint, attached as exhibits to the supporting memorandum referenced herein, and consider those facts during its review of the motion to dismiss, without converting that motion into a summary judgment motion, pursuant to *Fosnight v. Jones*, 41 F.4th 916, 922 (7th Cir. 2022) and other cases. Grounds for taking judicial notice as requested are provided in the incorporated memorandum of law referred to herein.

WHEREFORE, Gary Schumal and ATC respectfully seek dismissal of the claims against them in the pending complaint, with prejudice and with costs awarded, and with this Court providing for any other proper relief, including the formal joinder of ATC into the action, and the taking of judicial notice, as requested herein.

Respectfully submitted,

Gary Schumal and Austin Tyler Construction Inc.

By: /s/ Richard J. Leamy Jr.
Richard J. Leamy Jr.

Richard J. Leamy Jr. (rjleamy@wmlaw.com)
Thomas E. Soule (tesoule@wmlaw.com)
Wiedner & McAuliffe Ltd.
One North Franklin Street, 19th Floor
Chicago, Illinois 60606
(312) 855-1105
*Attorneys for Gary Schumal and Austin Tyler Construction Inc.*

## CERTIFICATE OF SERVICE

I, Thomas E. Soule, under penalty of perjury, per 28 U.S.C. §1746, hereby certify that the preceding document was electronically filed, and served on John Walliser by first-class mail (405 South Washington Street, Lockport, Illinois 60441) and by e-mail (johnpwalliser@gmail.com), on August 20, 2026.

I further certify that all other parties were served (either personally or through counsel of record) with the same document, on the same date, as indicated below:

*By operation of the Court's electronic filing system and by e-mail*

Silver Cross Hospital & Medical Centers (improperly named as Silver Cross Hospital Inc.)
James Bream – jmb@crayhuber.com

Allied Healthcare (improperly named as NeuroPsychiatric Hospitals LLC)
Jennifer Suttle – jsuttle@bclawllc.com
Petrus Martens Jr. – pmartens@bclawllc.com

*By first-class mail*

Hon. Steven Streit
Mayor of Lockport
222 East Ninth Street
Lockport, Illinois 60441

Tom Thanas
Lockport City Attorney
222 East Ninth Street
Lockport, Illinois 60441

Ofc. Jeff Dobke
Lockport Police Department
1212 Farrell Road
Lockport, Illinois 60441

Ben Benson
Lockport City Manager
222 East Ninth Street
Lockport, Illinois 60441

Lockport Sanitary Sewer District
222 East Ninth Street
Lockport, Illinois 60441

Michael Carroll
222 East Ninth Street
Lockport, Illinois 60441

Methodist Hospitals Inc.
600 Hatcher Boulevard
Gary, Indiana 46402

Michael Martin
15 West Jefferson Street, Suite 300
Joliet, Illinois 60432

/s/ Richard J. Leamy Jr.
Richard J. Leamy Jr.