BC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED 9/1/2026 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT MPV

JOHN P. WALLISER )
)
Plaintiff )
)
v. )
) Case Number: 26-cv-6686
)
STEVEN STREIT, Individually and as Mayor of the City )
of Lockport, Illinois, JEFF DOBKE, Individually and as ) Judge: Mary M. Rowland
Officer of the LOCKPORT POLICE DEPARTMENT, )
THE CITY OF LOCKPORT SANITARY SEWER )
DISTRICT, SILVER CROSS HOSPITAL INC. )
NEUROPSYCHIATRIC HOSPITALS LLC, METHODIST )
HOSPITALS INC., GARY SCHUMAL, Individually )
and as president of AUSTIN TYLER CONSTRUCTION )
INC. MICHAEL MARTIN, Individually and as SPECIAL )
ASSISTANT ATTORNEY GENERAL, TOM THANAS, )
Individually and as LOCKPORT CITY ATTORNEY and )
LOBBYIST EMPRESS CASINO, BEN BENSON, )
Individually and as LOCKPORT CITY MANAGER, )
MICHAEL CARROLL, Individually and as LOCKPORT )
CITY ATTORNEY )
)
Defendants )

**PLAINTIFF'S MOTION TO PROCEED UNDER THE LIBERAL STANDARD RULE FOR PRO SE PLEADINGS**

NOW COMES the Plaintiff, JOHN P. WALLISER Pro se and in reply to the pleadings of the Defendants states as follows:

1. The Plaintiff is Pro se and is entitled to a liberal construction standard with regards to the Plaintiff's pleadings.

2. The Supreme Court's decision in ***Boag v, MacDougall, 454 U. S. 364, (1982),*** underscores the judiciary's commitment to ensuring that pro se litigants receive fair consideration of their claims, regardless of procedural imperfections. By mandating a liberal interpretation of inartful pleadings and setting stringent standards for deeming complaints frivolous, the court has reinforced the principles of access to justice and due process. This judgement serves as a crucial precedent for federal courts. This Court's failure to apply the Liberal construction standard to the pleadings of the Plaintiff pro se is a violation of due process

Respectfully submitted,
*John P. Walliser*
/s/ John P. Walliser MLS Pro se

John P. Walliser
405 S. Washington St.
Lockport. IL. 60441
708 268 2354
johnpwalliser@gmail.com