**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN P. WALLISER** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 1:26-cv-6686** |
| | ) | **Judge Mary M. Rowland** |
| **v.** | ) | **Magistrate Judge Laura K. McNally** |
| | ) | |
| **STEVEN STREIT, Individually and as Mayor of the City of Lockport, Illinois, JEFF DOBKE, Individually and as Officer of the LOCKPORT POLICE DEPARTMENT, THE CITY OF LOCKPORT SANITARY SEWER DISTRICT, SILVER CROSS HOSPITAL INC., NEUROPSYCHIATRIC HOSPITALS LLC, METHODIST HOSPITALS INC., GARY SCHUMAL, Individually and as president of AUSTIN TYLER CONSTRUCTION INC., MICHAEL MARTIN, Individually and as SPECIAL ASSISTANT ATTORNEY GENERAL, TOM THANAS, Individually and as LOCKPORT CITY ATTORNEY and LOBBYIST EMPRESS CASINO, BEN BENSON, Individually and as LOCKPORT CITY MANAGER, MICHAEL CARROLL, Individually and as LOCKPORT CITY ATTORNEY** | ) | |
| **Defendants.** | | |

**DEFENDANT, ALLIED HEALTHCARE (INCORRECTLY NAMED AS NEUROPSYCHIATRIC HOSPITALS LLC), MOTION TO FILE AMENDED ATTORNEY APPEARANCES**

NOW COMES Defendant, ALLIED HEALTHCARE (improperly named as NeuroPsychiatric Hospitals, LLC) ("Defendant") by and through its attorneys, Jennifer M. Suttle and Petrus J. Martens of Barker, Castro & Steinback, LLC, hereby moves this Honorable Court for entry of the Amended Attorney Appearances attached hereto as Exhibit A and Exhibit B, respectively.

1. Jennifer M. Suttle filed her attorney appearance on August 5, 2026. [Doc. 20]. The appearance was on behalf of "Allied Healthcare (improperly named as Neuropsychiatric Hospitals, LLC). *Id*.

2. By way of background investigation, it has been determined that "NeuroPsychiatric Hospitals, LLC," is the properly named entity.

3. Defendant moves this Honorable Court for entry of Jennifer M. Suttle's Amended Attorney Appearance attached hereto as Exhibit A. Jennifer M. Suttle's Amended Attorney Appearance (Exhibit A), denotes NeuroPsychiatric Hospitals, LLC as the entity in which the appearance is made.

4. Petrus J. Martens filed his attorney appearance on August 14, 2026. [Doc. 26]. The appearance was on behalf of "Allied Healthcare (improperly named as Neuropsychiatric Hospitals, LLC). *Id*.

5. By way of background investigation, it has been determined that "NeuroPsychiatric Hospitals, LLC," is the properly named entity.

6. Defendant moves this Honorable Court for entry of Petrus J. Martens' Amended Attorney Appearance attached hereto as Exhibit B. Petrus J. Martens' Amended Attorney Appearance (Exhibit A), denotes NeuroPsychiatric Hospitals, LLC as the entity in which the appearance is made.

Respectfully submitted,

BARKER, CASTRO & STEINBACK, LLC



Petrus J. Martens

Jennifer M. Suttle (jsuttle@bclawllc.com)
Petrus J. Martens (pmartens@bclawllc.com)
BARKER, CASTRO & STEINBACK, LLC
303 West Madison Street, Suite 700
Chicago, Illinois 60606
312-855-9300
Firm ID No. 99678

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026, I served a true and correct copy of the foregoing **Defendant, Allied Healthcare (Incorrectly Named As Neuropsychiatric Hospitals Llc), Motion To File Amended Attorney Appearances** on all counsel of record and Mr. John P. Walliser by filing the same on the Court's ECF system. Mr. John P. Walliser was sent copies of the same via certified mail on the above date.

*/s/ Petrus J. Martens*
Petrus J. Martens
Attorney for Defendants

## SERVICE LIST

**PLAINTIFF, PRO SE**

John P. Walliser (johnpwalliser@gmail.com)
405 S. Washington Street
Lockport, IL 60441
P: 708-268-2354

**COUNSEL FOR GARY SCHUMA, INDIVIDUALLY AND AS PRESIDENT OF AUSTIN TYLER CONSTRUCTION, INC.**

Joseph A. Korn (jakorn@wmlaw.com)
J. Jason Coggins (jjcoggins@wmlaw.com)
Thomas E. Soule (tesoule@wmlaw.com)
Richard J. Leamy, Jr. (rjleamy@wmlaw.com)
Wiedner & McAullife, Ltd.
One N. Franklin Street
Suite 1900
Chicago, IL 60606
P: 312-855-1105

**COUNSEL FOR SILVER CROSS HOSPITAL AND MEDICAL CENTERS**

James M. Bream (jmb@crayhuber.com)
Cray Huber Horstman Heil & VanAusdal LLC
303 W. Madison Street
Suite 2200
Chicago, IL 60606
P: 312-332-8450

**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Walliser v. Steven Streit, et al.

Case Number: 26-cv-6686

An appearance is hereby filed by the undersigned as attorney for:

NeuroPsychiatric Hospitals, LLC

Attorney name (type or print): Jennifer M. Suttle

Firm: Barker, Castro & Steinback, LLC

Street address: 303 W. Madison Street #700

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6269941
(See item 3 in instructions)

Telephone Number: 312-855-9300

Email Address: jsuttle@bclawllc.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/05/2026

Attorney signature: S/ Jennifer M. Suttle
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023

EXHIBIT A

**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Walliser v. Steven Streit, et al. Case Number: 26-cv-6686

An appearance is hereby filed by the undersigned as attorney for:
NeuroPsychiatric Hospitals, LLC

Attorney name (type or print): Petrus J. Martens

Firm: Barker, Castro & Steinback, LLC

Street address: 303 West Madison Street, Suite 700

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6351496 Telephone Number: 312-855-9304
(See item 3 in instructions)

Email Address: ssteinback@bclawllc.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 14, 2026

Attorney signature: S/ Petrus J. Martens
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023

EXHIBIT B